(November 12, 1908.)

WALTER GRANT DYGERT, Plaintiff, v. EDGAR C. STEELE, Judge, Defendant.

[97 Pac. 962.]

Original application for writ of mandate. Application denied. *Petition dismissed.*

Walter Grant Dygert, *pro se.*

I. N. Smith, for Defendant.

Counsel cite no authorities.

AILSHIE, C. J.—This is an application for a writ of mandate against the Honorable Edgar C. Steele, Judge of the Second Judicial District.

The case arises out of the case of *West v. Dygert* just decided by this court. The petitioner, Dygert, claims that a certain bond filed by him in the first appeal of *West v. Dygert,* 13 Ida. 641, 92 Pac. 753, serves as a stay or supersedeas bond in this case, and that the trial court improperly entered judgment against the sureties on the undertaking for the amount of the original judgment in the case of *West v. Dygert.* Two questions are presented. One is as to whether or not this is a proper case for a writ of mandate, and, second, as to whether or not the original stay bond filed on the first appeal would serve to stay the execution of the judgment on the second appeal. In view of the fact, however, that we have concluded that the second appeal taken in the case of *West v. Dygert* must be dismissed and it has been so ordered, it is unnecessary for us to further consider this case. There being no appeal, there can be no further stay of execution. The application is denied and the petition is dismissed, with costs in favor of defendant.

Sullivan, J., and Stewart, J., concur.